**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EVELIN BARRERA ,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Cause No. 2:25-cr-19 |

**ORDER**

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to Defendant Evelin Barrera's decision to plead guilty to Count 2 of the indictment pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 53, 58.] Following a hearing held on the record on August 13, 2026 [DE 58], Judge Martin found that Defendant understands the charges, her rights, and the maximum penalties; that Defendant is competent to plead guilty; that there is a factual basis for Defendant's plea; and that Defendant knowingly and voluntarily entered into her decision to enter a plea of guilty to Count 2 of the indictment charging her with violation of 18 U.S.C. § 924(a)(1)(A). Judge Martin recommends that the Court accept Defendant's plea of guilty and proceed to impose sentence. More than 14 days have passed and no timely objections were filed.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning Defendant Evelin Barrera's plea of guilty, the Court hereby **ADOPTS** the

findings and recommendation [DE 58] in their entirety.

Defendant, Evelin Barrera, is adjudged **GUILTY** of Count 2 of the indictment.

**SO ORDERED.**

ENTERED: September 2, 2026.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT